## Commonwealth *v.* Roldan, Appellant.

Submitted December 11, 1973. *Louis Roldan,* appellant, in propria persona; *James R. Freeman* and *F. Ned Hand,* Assistant District Attorneys, for Commonwealth, appellee.

Judgment of sentence affirmed.

SPAULDING, J., absent.

## Commonwealth *v.* Sammans, Appellant.

Argued December 6, 1973. *Stephen P. Barson,* with him *Alvin Freiberg,* and *Robinson, Greenberg & Lipman,* for appellant; *Benjamin H. Levintow,* Assistant District Attorney, with him *David Richman,* Assistant District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

SPAULDING, J., absent.